# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST ENVIRONMENTAL, INC., a California corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SK AMERICA, INC., a New Jersey corporation dba MAXLITE-SK AMERICA, INC.; REXEL, INC., a New York corporation dba REXEL ESD; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 07CV642 WQH (BLM)<br><br>ORDER GRANTING JOINT MOTION TO ALLOW DEFENDANT SUMMERS GROUP, INC. dba REXEL, ESD TO FILE A FIRST AMENDED CROSS CLAIM |

HAYES, Judge:

On August 14, 2007, the parties filed a joint motion (Doc. # 35) to allow Defendant Summers Group, Inc. dba Rexel ESD to file a First Amended Cross Claim naming Fulham Co., Inc. and Fulham Electronic, Co, Ltd. as cross-defendants. Good cause appearing, the joint motion (Doc. # 35) is GRANTED.

Defendant Summers Group, Inc. shall file the First Amended Cross Claim attached to the joint motion as "Exhibit A" on or before **Friday, September 14, 2007**.

**IT IS SO ORDERED**.

DATED: August 15, 2007

　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　United States District Judge