# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST ENVIRONMENTAL, INC., A CALIFORNIA CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SK AMERICA, INC., A NEW JERSEY CORPORATION DBA MAXLITE-SK AMERICA, INC.; REXEL, INC., A NEW YORK CORPORATION DBA REXEL ESD; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No. 07cv0642 WQH (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE INITIAL DESIGNATION OF EXPERTS DATE AND SUBSEQUENT DESIGNATION AND DISCLOSURE DATES**<br><br>[Doc. No. 42] |

**IT IS HEREBY ORDERED THAT:**

The parties having stipulated and finding that good cause exists, the Court orders as follows:

1. The last day for the initial designation of experts shall be continued from November 16, 2007 to December 12, 2007.

2. The last day for the supplemental designation of experts shall be continued from December 7, 2007 to December 21, 2007.

///

///

///

WH::65488.01

1  3. The last day to serve expert disclosures as required by FRCP 26(a)(2) shall
2       be continued from January 11, 2008 to February 8, 2008
3  4. The last day to disclose all contradictory or rebuttal information shall be
4       continued from February 1, 2008 to February 29, 2008.
5 All other dates remain as set.

7 Dated: November 13, 2007                    _____
                                              BARBARA L. MAJOR
8                                             UNITED STATES MAGISTRATE JUDGE

10 COPY TO:

11 WILLIAM Q. HAYES
   UNITED STATES DISTRICT JUDGE
12
   ALL COUNSEL

-2-
ORDER

WH::65488.01