|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SOUTHWEST ENVIRONMENTAL, INC., | ) Case No. 07cv0642-WQH (BLM) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER CONFIRMING SETTLEMENT AND SETTING CASE MANAGEMENT CONFERENCES AND DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |
| SK AMERICA, INC., et al., | ) |
| Defendants. | ) |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINT. | ) |

A Mandatory Settlement Conference was held on November 28, 2007 at 1:30 p.m. The case settled and the terms of the settlement were placed on the record.

As discussed during the conference, the Court will conduct a Case Management Conference with counsel for Plaintiff and Defendant Rexel Inc. only on **December 11, 2007** at **8:45 a.m.** **Counsel shall appear telephonically.** The Court will initiate the conference call.

///

///

///

The Court will conduct an additional Case Management Conference with counsel for Defendant Rexel Inc. and Defendant SK America, Inc., dba MaxLite-SK America, Inc., only on **December 11, 2007** at **9:00 a.m. Again, counsel shall appear telephonically** and **t**he Court will initiate the conference call.

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **January 10, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **January 10, 2008**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **January 15, 2008** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

///
///
///

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

1 All other pending dates before Magistrate Judge Major, aside from those set by this Order, are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED: November 29, 2007

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL