UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST ENVIRONMENTAL, INC.,<br><br>           Plaintiff,<br>v.<br><br>SK AMERICA, INC., et al.,<br><br>           Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS,<br>CROSS-CLAIMS AND THIRD-PARTY<br>COMPLAINT.<br>_____ | Case No. 07cv0642-WQH (BLM)<br><br>**ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |

On January 10, 2007, counsel for Rexel Inc. requested that the Court continue the Settlement Disposition Conference briefly. Counsel represented that the parties require additional time to finalize the settlement documentation.

Good cause appearing, the Court hereby continues the Settlement Disposition Conference to **January 28, 2008** at **10:30 a.m.** A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **January 23, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's

chambers[1] on the same day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **January 23, 2008**, then all counsel of record and unrepresented parties are required to appear **in person** for the Settlement Disposition Conference.  If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

DATED:   January 11, 2008

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").